UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 13-30311

vs.

Magistrate Judge R. Steven Whalen

DAVID LEWIS NORTON,

        Defendant.
_____/

**ORDER FINDING DEFENDANT INCOMPETENT**

A competency hearing was held on April 16, 2014, pursuant to 18 U.S.C. §§ 4241(c) and 4247(d). Having considered the testimony and the report of forensic psychologist Dr. Cynthia Low of the Federal Detention Center in Seatac, Washington, as well as the testimony of Defendant David Lewis Norton and the exhibits offered by both the government and Mr. Norton, the Court finds by a preponderance of the evidence that Defendant David Lewis Norton is presently suffering from a mental disease or defect rendering him mentally incompetent to assist properly in his defense. Accordingly, Defendant is hereby found NOT COMPETENT.

The parties will appear before this Court on May 5, 2014 for further proceedings pursuant to 18 U.S.C. § 4241(d). Defendant will remain in the custody of the United States Marshal until further order of the Court. While in custody, he will be provided with any treatment and/or medication that is deemed medically necessary by appropriate

medical personnel at his place of incarceration.

    IT IS SO ORDERED.


Dated: April 16, 2014                s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregiong document was sent to parties of record on April 16, 2014, electronically and/or by U.S. Mail.

                                          s/Michael Williams
                                          Case Manager for the
                                          Honorable R. Steven Whalen